**Ada Irene DAWSON, Plaintiff–Appellant,**

v.

**UNITED STATES of America; Louis Joseph Freeh, Former Director in his official capacity as Director; Robert S. Muller, Director in his official capacity as Director, Defendants–Appellees.**

No. 08–1352.

United States Court of Appeals, Fourth Circuit.

Argued: Jan. 26, 2010.

Decided: March 3, 2010.

**ARGUED:** Terri Hearn Bailey, Office of the United States Attorney, Columbia, South Carolina, for Appellees. **ON BRIEF:** Gloria Y. Leevy, Leevy Law, PC, Columbia, South Carolina, for Appellant. W. Walter Wilkins, United States Attorney, Columbia, South Carolina, for Appellees.

Before TRAXLER, Chief Judge, and SHEDD and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ada Irene Dawson appeals the district court's order granting summary judgment for the United States of America, Louis Joseph Freeh, Former Director of the Federal Bureau of Investigation, and Robert S. Muller, Director of the Federal Bureau of Investigation, on her complaint alleging race discrimination, hostile work environment, and retaliation under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e–17 ("Title VII"). After conducting *de novo* review of the district court's grant of summary judgment, *see Nader v. Blair*, 549 F.3d 953, 958 (4th Cir.2008), we find no reversible error. Accordingly, we affirm the district court's order. *See Dawson v. United States of America*, No. 3:05–2308–CMC–JRM (D.S.C. filed March 6, 2008). Because the facts and legal contentions are adequately presented in the materials before the court, we find that further argument would not aid the decisional process.

*AFFIRMED.*